UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 15-979 JVS (PJWx)** | Date | September 22, 2015 |
| Title | **Robert Wytas, et al. v. Scott A. McGregor, et al.** | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS)  Order Directing Clerk to Change Case Caption**

      The Court hereby directs the Clerk of Court to change the case caption in the above referenced case to the following:

IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION

       :    00

Initials of Preparer    kjt