# EXHIBIT C

| | |
|---|---|
| 1 | JEFF S. WESTERMAN (94559) |
| 2 | ANNA FAIRCLOTH (275636) |
|   | **WESTERMAN LAW CORP.** |
| 3 | 1900 AVENUE OF THE STARS, 11TH FLOOR |
| 4 | LOS ANGELES, CA 90067 |
|   | TELEPHONE: (310) 698-7880 |
| 5 | FACSIMILE: (310) 775-9777 |

RICHARD A. SPEIRS (*pro hac vice forthcoming*)
KENNETH M. REHNS (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine St., 14th Flr.
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Counsel for Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION | ) Lead Case No. SA 15 CV 00979 JVS ) (PJWx) ) |
| ──────────────────────────── | ) **JOINT DECLARATION OF** |
| | ) **JOSEPH J. BURKE AND ROBERT** |
| THIS DOCUMENT RELATES TO: | ) **JONES IN SUPPORT OF MOTION** |
| | ) **FOR APPOINTMENT AS LEAD** |
| ALL ACTIONS. | ) **PLAINTIFF AND APPROVAL OF** |
| | ) **SELECTION OF COUNSEL** |
| | ) |
| | ) DATE: November 16, 2015 |
| | ) TIME: 1:30 p.m. |
| | ) CTRM: 10C, Santa Ana |
| | ) JUDGE: Hon. James V. Selna |

1     Pursuant to 28 U.S.C. § 1746, the undersigned declare as follows:

2     We, on behalf of the Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System (together the "Broadcom Investor Group"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel ("Lead Plaintiff Motion"). We are informed and understand the requirements and duties imposed by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Unless otherwise noted, both of us have personal knowledge of the facts set forth below with respect to the information in this Joint Declaration relating to the respective fund with which we are associated, and would testify competently thereto.

1.     I, Joseph J. Burke, am the Administrator of Iron Workers Mid-America Pension Fund (the "Iron Workers Fund") and the Mid-America Supplemental Monthly Annuity (SMA) Funds, and am authorized to make this declaration on behalf of the Iron Workers Fund. The Iron Workers Fund manages more than $600 million in assets for more than 6,400 beneficiaries. As reflected in its certification, Iron Workers Fund held shares of Broadcom public stock at the time of the announcement of the Proposed Acquisition, continues to hold shares of Broadcom public stock, and has and will suffer a substantial loss as a result of the violations of the federal securities laws as alleged in this action. Iron Workers Fund and Oklahoma Firefighters have decided to jointly in seek appointment as Lead Plaintiff. Iron Workers Fund has previously sought to serve as lead plaintiff in federal securities class actions and takes its role as fiduciary of the class very seriously. Iron Workers Fund is fully familiar with the obligations of serving as a lead plaintiff under the PSLRA.

2.     I, Robert Jones, am the Executive Director of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), and am authorized to

make this declaration on its behalf. Oklahoma Firefighters was created by the Oklahoma legislature in 1981 and manages assets in excess of $2.3 billion for more than 21,700 beneficiaries. As reflected in its certification, Oklahoma Firefighters held shares of Broadcom public stock at the time of the announcement of the Proposed Acquisition, continues to hold shares of Broadcom public stock, and has and will suffer a substantial loss as a result of the violations of the federal securities laws as alleged in this action. Oklahoma Firefighters and Iron Workers Fund have decided to jointly seek appointment as Lead Plaintiff. Oklahoma Firefighters is familiar with the obligations of serving as a lead plaintiff under the PSLRA and fiduciary responsibilities owed to a class, and its understanding of the PSLRA's requirements is informed by, among other things, its past and current experience in serving as a lead plaintiff in securities fraud class actions. For example, Oklahoma Firefighters served as co-lead plaintiff in *In re Sunrise Senior Living, Inc. Sec. Litig.*, No. 07-cv-00102-RBW, Dkt. No. 54 (D.D.C. Nov. 3, 2009), which settled for $13.5 million. Additionally, Oklahoma Firefighters currently serves as Lead Plaintiff in *In re Weight Watchers Int'l. Inc. Sec. Litig.*, No. 14-cv-1997 (S.D.N.Y.).

3. Iron Workers Fund and Oklahoma Firefighters comprise a group of sophisticated institutional investors that have dedicated staffs of professionals that will ensure effective oversight of counsel and of this litigation. Collectively, these members of the Broadcom Investor Group manage billions of dollars in assets and serve as fiduciaries to tens of thousands of fund beneficiaries. In addition, Iron Workers Fund and Oklahoma Firefighters both understand the responsibilities of serving as fiduciaries and in selecting, hiring, and overseeing lawyers in complex litigation.

4. The members of the Broadcom Investor Group decided to join together based on their common interests in maximizing shareholder value in the Proposed Acquisition, enhancing the reliability of information disseminated

regarding the Proposed Acquisition, and ensuring a proper, non-conflicted sales process. In addition, Iron Workers Fund and Oklahoma Firefighters share a common belief that this action will be best guided by institutional investors that are familiar with the requirements attendant upon a fiduciary. Their decision to jointly prosecute the action was also based, in part, upon their shared belief regarding the role of corporate governance in detecting and preventing securities fraud or other misconduct.

5. Iron Workers Fund and Oklahoma Firefighters understand that both of them could have chosen to pursue individual actions, made a motion for appointment as Lead Plaintiff individually or could have taken no action and remained absent members of the Class. However, in light of the shared interests of Iron Workers Fund and Oklahoma Firefighters in ensuring that this action is led by institutional investors with experience acting in a fiduciary capacity and overseeing counsel in complex litigation committed to maximizing the recovery on behalf of the proposed class, and based on the respective financial losses of the Broadcom Investor Group, and to gain the advantages of joint decision-making, our respective representatives met telephonically to discuss our losses and the merits of this action, and we affirmatively decided that it would be a benefit to the Broadcom Investor Group and the Class we seek to represent if we jointly sought appointment as Lead Plaintiff. Accordingly, we authorized counsel to file the Lead Plaintiff Motion jointly. That decision was also driven by our respective organizations' prior experience prosecuting complex litigation, and their mutual belief that our combined knowledge, experience, sophistication and resources will enable us to vigorously represent the interests of the proposed Class and maximize any potential recovery.

6. The holdings in Broadcom of Iron Workers Fund and Oklahoma Firefighters are set forth in detail in the papers filed with our Lead Plaintiff Motion. Neither member of the Broadcom Investor Group purchased Broadcom

securities at the direction of counsel, or in order to participate in this action. We have each reviewed the First Amended Complaint filed in the consolidated actions.

7. The magnitude of our holdings motivated us to pursue an active role in this litigation against the named defendants, and because we share a common goal of ensuring that this action is prosecuted diligently, and are committed to continuing to actively direct this litigation and maximize the recovery or benefits for the Class, we believe that our joint prosecution of this action will benefit the proposed Class.

8. During the three years prior to the date of this declaration, each instance in which a member of the Broadcom Investor Group has served or sought to serve as a representative party for a class in any action filed under the federal securities laws is set forth in their respective certifications filed concurrently with our Lead Plaintiff Motion.

9. Iron Workers Fund and Oklahoma Firefighters each understands that it owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation and intend to work with one another and with counsel to obtain the largest recovery or benefits possible for the Class.

10. Through supervision of its chosen counsel, Cohen Milstein Sellers & Toll PLLC, the Broadcom Investor Group will ensure that the action is prosecuted for the benefit of the Class in an efficient and cost-effective manner. In order to achieve this result, Iron Workers Fund and Oklahoma Firefighters each plans on consulting with one another and counsel regarding the prosecution of this lawsuit via telephone and electronic mail. The Broadcom Investor Group also understands that some of these meetings may have to be conducted without counsel. To that end, each member of the Broadcom Investor Group has obtained contact information for the other and is able to call meetings with and without counsel as needed.

11. In order to formalize our joint leadership of this action, on October 8, 2015, Iron Workers Fund and Oklahoma Firefighters, represented by their respective outside fund counsel held a joint conference call (which included proposed Lead Counsel) during which they discussed the merits of the claims against the defendants, the benefits of working together jointly to prosecute the litigation in a collaborative and cohesive manner, the benefits to having two experienced funds serve as lead plaintiffs, as well as the procedures and mechanisms for communication and decision-making that will ensure that the Class will benefit from our supervision of counsel. In particular, they discussed our shared views that the prosecution of this action would greatly benefit from the leadership of institutional investors that have the financial interest and desire to ensure active oversight of the action and counsel and maximize the proposed Class' potential recover.

12. In addition, during this call, the responsibilities of acting as Lead Plaintiff and the process of appointment of Lead Plaintiff under the PSLRA were discussed, and it was agreed that in order to ensure effective prosecution of this action, that given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, each member of the Broadcom Investor Group fully expects to reach unanimous decisions regarding litigation matters. We further agreed to utilize consensus decision making to maximize the recovery and benefits for the Class. We have also established procedures for overseeing the progress of the litigation as frequently as necessary, and for communicating regularly among ourselves and with counsel, such as to regularly review and discuss case filings with counsel through joint conference calls, as well as other measures to ensure the work counsel performs is non-duplicative and in the best interests of the Class. Our directive to counsel has been that this action be prosecuted efficiently and without duplication of work and we are confident that they understand our mandate in this regard.

13. The Broadcom Investor Group has also implemented communication procedures via telephone and/or email, including protocols for calling emergency meetings and has agreed to use our best efforts to participate in all emergency meetings upon 24-hours' notice. Should a situation ever arise where any of the members of the Broadcom Investor Group cannot convene for an emergency meeting, the Broadcom Investor Group has agreed that the persons available shall make any decisions on behalf of the Class that require immediate attention.

14. We have also directed counsel to advise us of all developments during the Lead Plaintiff Motion process, and we will continue to direct counsel and actively oversee the prosecution of this action for the benefit of the proposed Class by, among other things, reviewing the pleadings and conferring amongst ourselves. Representatives of the Broadcom Investor Group are also prepared to personally travel to court proceedings, depositions, settlement mediations, and hearings when their presence will be of a benefit to the proposed Class.

15. In sum, we do not anticipate any problems in staying abreast of developments in this case given that we have already convened at length once prior to filing our Lead Plaintiff Motion.

16. After careful consideration, we have selected and retained the law firm of Cohen Milstein Sellers & Toll PLLC to serve as Lead Counsel and Westerman Law Corp. to serve as Liaison Counsel. We are satisfied that our chosen counsel is capable of diligently prosecuting the Class' claims under our supervision. We are familiar with each firm's experience, resources and successes, and are well aware that hey are accomplished law firms with histories of achieving significant settlements and results in complex class actions. We believe these firms' prior experiences of effective litigation in complex class actions, and their efforts to vigorously prosecute the action in a cost-effective manner is in the best interests of the proposed Class. We further believe the proposed Class will benefit

from having the resources of a large firm to prosecute a large and complex class action such as this.

17. We have also jointly approved our chosen counsel's employment on a contingency fee basis.

18. We will not accept any payment for serving as representative parties on behalf of the Class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED: October 11, 2015

*[signature]*
Joseph J. Burke, on behalf of Iron Workers Mid-America Pension Fund

DATED: October 13, 2015

*[signature]*
Robert Jones, on behalf of Oklahoma Firefighters Pension and Retirement System

BROADCOM: 22247

-7-