COHEN MILSTEIN SELLERS & TOLL PLLC
Richard A. Speirs
Kenneth M. Rehns
88 Pine St. 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Joshua S. Devore
1100 New York Ave. N.W.
Suite 500 East Tower
Washington, DC 20005
Telephone: (202) 408-4600

*Counsel for Lead Plaintiffs Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System and Lead Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION | Lead Case No. SA 15 CV 00979 JVS (PJWx) |
| | **MASTER FILE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Date: November 14, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom No. 10C<br>Judge: Hon. James V. Selna |

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR (i) PRELIMINARY APPROVAL OF SETTLEMENT; (ii) CERTIFICATION OF A CLASS FOR THE PURPOSES OF SETTLEMENT; (iii) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS; AND (iv) SCHEDULING OF A FINAL APPROVAL HEARING**

PLEASE TAKE NOTICE that Lead Plaintiffs Iron Workers Mid-America Pension Plan ("Iron Workers") and Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters," together with Iron Workers, "Lead Plaintiffs"), and Additional Named Plaintiff New Jersey Laborers Statewide Pension Fund ("New Jersey Laborers," together with Lead Plaintiffs, "Plaintiffs"), on behalf of themselves and each of the Class Members, move this Court before the Honorable James V. Selna for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) certifying the Class for the purposes of settlement; (iii) approving the form and manner of notice to Class Members and approving the selection of a Settlement Administrator; and (iv) scheduling a final approval hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Settlement, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: October 21, 2016

COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Joshua S. Devore*
Richard A. Speirs
Kenneth M. Rehns
88 Pine St. 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Joshua S. Devore
110 New York Ave. N.W.
Suite 500 East Tower
Washington, DC 20005
Telephone: (202) 408-4600

*Counsel for Lead Plaintiffs Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System and Lead Counsel*

WESTERMAN LAW CORP.

Jeff S. Westerman
1875 Century Park East, 22nd Floor
Los Angeles, CA 90067
Telephone: (310) 698-7880

*Liaison Counsel for Lead Plaintiffs*

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

Francis M. Gregorek (144785)
Betsy C. Manifold (182450)
Rachele R. Rickert (190634)
Marisa C. Livesay (223247)
Brittany N. Dejong (258766)
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Additional Plaintiffs' Counsel*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CERTIFICATION OF A CLASS FOR THE PURPOSES OF SETTLEMENT; (III) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS; AND (IV) SCHEDULING OF A FINAL APPROVAL HEARING

2174631.1

**PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 88 Pine Street, 14th Floor, New York, New York, 10005. I am admitted *pro hac vice* in the above captioned matter. On October 21, 2016, I served the following document:

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR (i) PRELIMINARY APPROVAL OF SETTLEMENT; (ii) CERTIFICATION OF A CLASS FOR THE PURPOSES OF SETTLEMENT; (iii) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS; AND (iv) SCHEDULING OF A FINAL APPROVAL HEARING**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2016, at New York, New York.

*/s/ Kenneth M. Rehns*
Kenneth M. Rehns

1
NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CERTIFICATION OF A CLASS FOR THE PURPOSES OF SETTLEMENT; (III) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS; AND (IV) SCHEDULING OF A FINAL APPROVAL HEARING

2174631.1