1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION | Lead Case No. SA 15 CV 00979 JVS (PJWx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION<br><br>**MASTER FILE**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

After considering the Parties' Stipulation to Continue Hearing on Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, IT IS HEREBY ORDERED as follows:

- The hearing on Lead Plaintiffs' Unopposed Motion for (i) Preliminary Approval of Settlement, (ii) Certification of a Class for the Purposes of Settlement, (iii) Approval of the Form and Manner of Notice to the Class, and (iv) Scheduling a Final Approval Hearing, shall be continued to November 21, 2016 at 1:30 p.m. before the Honorable James V. Selna.

IT IS SO ORDERED.

Dated:  November 01, 2016                    By:
                                             James V. Selna
                                             United States District Judge

1