# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Lead Case No.<br>SA 15 CV 00979 JVS (PJWx)<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING SETTLEMENT HEARING** |

**[PROPOSED] ORDER**

WHEREAS, a consolidated action is pending before this Court styled In re Broadcom Corporation Stockholder Litigation, No. SA 15 CV 00979 JVS (PJWx) (the "Action");

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure 23(e), for an order preliminarily approving the settlement of this Action and the Litigation, in accordance with a Stipulation and Agreement of Compromise and Settlement dated as of September 23, 2016 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein; and the Court having read and considered Plaintiffs' Motion for Preliminary Approval, the Stipulation and the Exhibits annexed thereto, and a hearing having been held on November 21, 2016; and

WHEREAS, all defined terms herein have the same meanings as set forth in the Stipulation.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve the Stipulation and the settlement set forth therein, subject to further consideration at the Settlement Hearing described below.

2. The Court hereby certifies a Settlement Class, for settlement purposes only, defined as: "All record and beneficial owners of Broadcom Corporation Class A common stock who owned or held Broadcom Class A common stock from May 27, 2015 through and including February 1, 2016 (the 'Class Period'), including any and all of their respective successors in interest, predecessors, representatives, trustees, executors, administrators, heirs, assigns, or transferees, immediate and remote, and any person or entity acting for or on behalf of, or claiming under, any of

1

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING

them, and each of them (the 'Settlement Class,' to be composed of 'Class Members'). Excluded from the Settlement Class are Defendants, members of the immediate family of any Defendant, any entity in which a Defendant has or had a controlling interest, and the legal representatives, heirs, successors, or assigns of any such excluded person."

3. A hearing (the "Settlement Hearing") shall be held before this Court on February 27, 2017, at 1:30 p.m., at the United States District Court for the Central District of California, Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 10C, Santa Ana, California 92701, to determine whether the proposed settlement of the Litigation on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be approved by the Court; whether a Judgment as provided in ¶ 11 of the Stipulation should be entered; and to determine the amount of fees and expenses that should be awarded to Lead Counsel. The Court may adjourn the Settlement Hearing without further notice to the Members of the Settlement Class.

4. The Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Settlement, Settlement Hearing and Right to Appear (the "Notice"), the Postcard Summary Notice and Summary Notice attached as Annexes A-1, A-2 and A-3 hereto and finds that the mailing and distribution of the Postcard Summary Notice, and publishing of the Summary Notice and the Notice, substantially in the manner and form set forth in ¶ 5 of this Order meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

5. The firm of Kurtzman Carson Consultants, LLC ("Settlement Administrator") is hereby appointed to supervise and administer the notice procedure as more fully set forth below:

2

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING

a. The Settlement Administrator shall make reasonable efforts to identify all Persons who are Members of the Settlement Class and not later than twenty-one (21) days following entry of this Order (the "Notice Date"), the Settlement Administrator shall cause a copy of the Postcard Summary Notice, substantially in the form annexed as Annex A-3 hereto, to be mailed by First-Class Mail to all Class Members who can be identified with reasonable effort;

b. Not later than the Notice Date, the Settlement Administrator shall also cause the Summary Notice, annexed hereto as Annex A-2, to be published once in *Investor's Business Daily* and published via a press release;

c. Not later than the Notice Date, the Settlement Administrator shall cause the Notice, substantially in the form annexed as Annex A-1 hereto, to be published on the website established for the settlement; and

d. At least thirty-five (35) days prior to the Settlement Hearing, Lead Counsel shall cause to be served on Defendants' counsel and filed with the Court proof, by affidavit or declaration, of such mailing and publishing. Nominees who owned or held Broadcom Class A Common Stock for the beneficial ownership of Class Members during the Class Period shall send the Postcard Summary Notice to all beneficial owners of such Broadcom Class A Common Stock within ten (10) days after receipt thereof, or send a list of the names and addresses of such beneficial owners to the Settlement Administrator within ten (10) days of receipt thereof, in which event the Settlement

3

Administrator shall promptly mail the Postcard Summary Notice to such beneficial owners. Defendants, as part of their agreement to pay the costs of the notice administration, shall, if requested, reimburse banks, brokerage houses or other nominees solely for their reasonable out-of-pocket expenses incurred in providing notice to beneficial owners who are Class Members, which expenses would not have been incurred except for the sending of such notice, subject to further order of this Court with respect to any dispute concerning such compensation.

6. A Class is preliminarily certified pursuant to Fed. R. Civ. P. 23(a), 23(b)(1)(a) and 23(b)(2). The Court finds pursuant to Fed. R. Civ. P. 23 that:

   a. the members of the Settlement Class are so numerous that joinder of all Class Members in the Litigation is impracticable;
   b. there are questions of law and fact common to the Settlement Class;
   c. the claims by Lead Plaintiffs are typical of the claims of the Settlement Class;
   d. Lead Plaintiffs and Lead Counsel have and will fairly and adequately represent and protect the interests of the Class Members;
   e. separate actions by individual Class Members would create a risk of inconsistent or varying adjudications with respect to individual Class Members that would establish incompatible standards of conduct for Defendants or would, as a practical matter, create adjudications that would be dispositive of the interests of the other members not parties to the individual adjudications and would substantially impair or impede their ability to protect their interests; and
   f. Defendants have acted on grounds that apply generally to the

4

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING

Settlement Class such that declaratory relief is appropriate respecting the class as a whole.

7. All Members of the Settlement Class shall be bound by all determinations and judgments in the Litigation concerning the settlement, whether favorable or unfavorable to the Settlement Class.

8. Any Member of the Settlement Class may enter an appearance in the Litigation, at their own expense, individually or through counsel of their own choice. If they do not enter an appearance, they will be represented by Lead Counsel.

9. Any Member of the Settlement Class may appear and show cause, if he, she or it has any, why the proposed settlement of the Litigation should or should not be approved as fair, reasonable, and adequate, why a judgment should or should not be entered thereon, why attorneys' fees and expenses should or should not be awarded to counsel for the Lead Plaintiffs; provided, however, that no Class Member or any other Person shall be heard or entitled to contest such matters, unless that Person has delivered by hand or sent by First Class Mail written objections and copies of any papers and briefs such that they are received on or before twenty-one (21) days before the Settlement Hearing by Counsel for the Parties at the addresses listed in the Notice and filed said objections, papers, and briefs with the Clerk of the United States District Court for the Central District of California, Santa Ana Division on or before February 6, 2017. Any Member of the Settlement Class who does not make his, her or its objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed settlement as set forth in the Stipulation or to the award of attorneys' fees and expenses to counsel for Lead Plaintiff, unless otherwise ordered by the Court.

10. All opening briefs and supporting documents in support of the settlement and any application by Lead Counsel for attorneys' fees and expenses

5

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING

1  shall be filed and served thirty-five (35) days before the Settlement Hearing. Replies
2  to any objections shall be filed and served fourteen (14) calendar days prior to the
3  Settlement Hearing.

4      11.    Any application for attorneys' fees or expenses submitted by Lead
5  Counsel will be considered separately from the fairness, reasonableness, and
6  adequacy of the settlement. At or after the Settlement Hearing, the Court shall
7  determine whether any application for attorneys' fees or payment of expenses shall
8  be approved.

9      12.    All reasonable expenses incurred in identifying and notifying Class
10 Members, as well as administering the Settlement Fund, shall be paid as set forth in
11 the Stipulation. In the event the settlement is not approved by the Court, or otherwise
12 fails to become effective, neither Lead Plaintiffs nor any of their counsel shall have
13 any obligation to repay any amounts incurred by Defendants in connection with the
14 distribution of Notice as provided in ¶ 5 of the Stipulation.

15     13.    Neither the Stipulation, nor any of its terms or provisions, nor any of
16 the negotiations or proceedings connected with it, shall be construed as an admission
17 or concession by the Defendants of the truth of any of the allegations in the
18 Litigation, or of any liability, fault, or wrongdoing of any kind.

19     14.    The Court reserves the right to adjourn the date of the Settlement
20 Hearing without further notice to the Members of the Settlement Class, and retains
21 jurisdiction to consider all further applications arising out of or connected with the
22 proposed settlement. The Court may approve the settlement, with such
23 modifications as may be agreed to by the Parties, if appropriate, without further
24 notice to the Settlement Class.

25     15.    If the Stipulation and the settlement set forth therein is not approved or
26 consummated for any reason whatsoever, the Stipulation and settlement and all
27 proceedings had in connection therewith shall be without prejudice to the rights of
28

6

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING

1  the Parties *status quo ante*.

2  IT IS SO ORDERED.

4  Dated:  December 02, 2016

_____
Honorable James V. Selna
United States District Judge

7

CORRECTED REVISED [PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
CERTIFICATION OF SETTLEMENT CLASS AND SCHEDULING