WESTERMAN LAW CORP.
Jeff S. Westerman
1875 Century Park East, 22nd Floor
Los Angeles, CA 90067
Telephone: (310) 698-7880

COHEN MILSTEIN SELLERS & TOLL PLLC
Joshua S. Devore
1100 New York Ave., N.W., Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600

(*Additional Counsel on Signature Page*)

*Counsel for Lead Plaintiffs Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System and Lead Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION | Lead Case No. SA 15 CV 00979 JVS (PJWx) **MASTER FILE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | DATE: February 27, 2017 TIME: 1:30pm CTRM: 10C JUDGE: Hon. James V. Selna |

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 27, 2017, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Courtroom 10C, Santa Ana, California 92701, Lead Plaintiffs, Iron Workers Mid-America Pension Plan ("Iron Workers") and Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters," together with Iron Workers, "Lead Plaintiffs"), and Additional Named Plaintiff New Jersey Laborers Statewide Pension Fund ("New Jersey Laborers," together with Lead Plaintiffs, "Plaintiffs"), on behalf of themselves and each of the Class Members, will and hereby do respectfully move this Court before the Honorable James V. Selna for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order granting final approval of the proposed settlement on the terms set forth in the Stipulation and Agreement of Compromise and Settlement ("Settlement"), which resolves the above-captioned shareholder class action pending before this Court and certain other claims asserted against defendants.   This motion is based on the Notice of Motion and Motion; the accompanying Supporting Memorandum of Points and Authorities; the Declaration of Joshua Devore ("Devore Decl.") and the exhibits thereto; the pleadings, record, and papers on file in these Actions; and all other matters properly before this Court.

| | |
|---|---|
| Dated: January 23, 2017 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| | By: /s/ Joshua S. Devore<br>Joshua S. Devore |
| | Joshua S. Devore<br>110 New York Ave., N.W., Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600 |
| | Richard A. Speirs<br>Kenneth M. Rehns<br>88 Pine St. 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797 |
| | Carol V. Gilden<br>190 S. Lasalle Street<br>Suite 1705<br>Chicago, IL 60603<br>Telephone: (312) 357-0370 |
| | *Counsel for Lead Plaintiffs Iron Workers Mid-America Pension Plan and Oklahoma Firefighters Pension and Retirement System and Lead Counsel* |
| | WESTERMAN LAW CORP. |
| | Jeff S. Westerman<br>1875 Century Park East, 22nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 698-7880 |
| | *Liaison Counsel for Lead Plaintiffs* |
| | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| | Francis M. Gregorek<br>Betsy C. Manifold<br>Rachele R. Rickert<br>Marisa C. Livesay<br>Brittany N. Dejong<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: 619/239-4599 |
| | *Additional Plaintiffs' Counsel* |

1

LEAD PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT

**PROOF OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1100 New York Avenue, Fifth Floor, Washington, D.C. 20005. I am admitted *pro hac vice* in the above captioned matter. On January 23, 2017, I served the following document:

**LEAD PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

By posting the document to the ECF Website of the United States District Court for the Central District of California, for receipt electronically.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2017, at Washington, D.C.

*/s/ Joshua S. Devore*
Joshua S. Devore