# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE BROADCOM CORPORATION STOCKHOLDER LITIGATION | Lead Case No. SA 15 CV 00979 JVS (PJWx) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER ON LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

WHEREAS, this matter came for hearing on February 27, 2017 (the "Settlement Hearing"), on the application of Lead Plaintiffs and Lead Counsel for an award of attorneys' fees and expenses incurred in connection with their of this Action.

WHEREAS, the Court having considered all matters submitted to it at the Settlement Hearing and otherwise;

**NOW THEREFORE, IT IS HEREBY ORDERED:**

Lead Counsel is hereby awarded fees and expenses in the amount of $1,125,000 to be paid by Defendants, for Plaintiffs' Counsel's representation of Plaintiffs and the Class in connection with the above-captioned litigation, which the Court finds to be fair and reasonable and which shall be paid to Lead Counsel in accordance with the terms of the Settlement.

IT IS SO ORDERED.

Dated: February 27, 2017

　　　　　　　　　　　　　　　　　　　Honorable James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

CORPORATE DISCLOSURE STATEMENT AND NOTICE
OF INTERESTED PARTIES
CASE NO: 8:15-CV-00979-JVS-PJW

2169806.1